[No. 13753-4-II.   Division Two.   April 7, 1992.]

THOMAS H. HINKLEMAN, *as Personal Representative,* ET AL, *Appellants*, v. CUSTOM RECONSTRUCTION AND DEVELOPMENT, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-08133-0, Bruce Cohoe, J., entered March 23, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Morgan, A.C.J., and Worswick, J. Pro Tem.

[No. 10766-3-III.   Division Three.   April 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL MENDOZA CHAVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-02268-6, Michael W. Leavitt, J., entered March 23, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 14825-1-II.   Division Two.   April 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY A. SCHAEFER, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 90-1-00188-0, Joel M. Penoyar, J., entered March 1, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.